December 17, 1974.

M. P. No. 74-300. Burns Electronic Supply Co. *v.* Robert Westmoreland *et al.* Petition of defendant Robert Westmore-land for writ of certiorari is granted without prejudice to right of plaintiff to renew its objection thereto at the hearing on the merits. Petition consolidated with the case of *Burns Electronics Supply Company* v. *Westmoreland,* 114 R. I. 911, 329 A.2d 406 (1974), for hearing on the merits. *Tobin, Decof, LeRoy & Silverstein, Max Wistow,* for plaintiff-respondent. *J. Ronald Fishbein, Richard Bruce Feinstein,* for plaintiff-petitioner Robert Westmoreland.

Appeal No. 73-264. Burns Electronics Supply Company *v.* Robert Westmoreland *et al.* Motion of defendant Robert Westmoreland to reinstate appeal is granted, and his brief to be filed on or before January 17, 1975. Matter is consolidated with the case of *Burns Electronic Supply Co.* v. *Westmoreland* 114 R. I. 911, 329 A.2d 406 (1974), for hearing on the merits. *Tobin, Decof, LeRoy & Silverstein, Max Wistow,* for plaintiff-appellee. *J. Ronald Fishbein, Richard Bruce Feinstein,* for defendant-appellant Robert Westmoreland.

December 19, 1974.

M. P. No. 74-261. Michelle Ziobro *et al. Individually and as parent and next friend of Michelle Ziobro v.* Guerrino W. Palumbo *et al.* Motion of plaintiffs for reconsideration of court's order granting certiorari and quashing order adding the insurance company as a party defendant is denied without prejudice to the right of plaintiffs to raise the issue on appeal. Roberts, C. J. not participating. *Roberts & Willey, Bruce G. Tucker,* for plaintiffs. *Keenan, Rice, Dolan, Reardon & Kiernan, Frederick A. Reardon,* for defendant Liberty Mutual Insurance Company.